**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 888 MAL 2015

         Respondent               :

                                   :    Petition for Allowance of Appeal from

               v.                 :    the Order of the Superior Court

LUCIEN JOSEPH GENTILE,          :

         Petitioner                :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of March, 2016, the Petition for Allowance of Appeal is

**DENIED**.